# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTINA G.,[1] | Case No. 5:24-cv-02056-RGK-SSC |
| Plaintiff, | **JUDGMENT** |
| v. | |
| FRANK BISIGNANO,[2] Commissioner of Social Security, | |
| Defendant. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the decision of the Commissioner is affirmed.

DATED: 7/21/2025

_____
HONORABLE R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's name is partially redacted in accordance with Rule 5.2(c)(2)(B) of the Federal Rules of Civil Procedure and the recommendation of the Committee on Court Administration and Case Management of the Judicial Conference of the United States issued on May 1, 2018.

[2] The Commissioner's name has been updated in accordance with Rule 25(d) of the Federal Rules of Civil Procedure.